GERALDINE K. CRAPULLO, Appellant, v. DOMINICK CRAPULLO, Respondent.— In this action for separation, an order awarding plaintiff temporary alimony of $15 weekly and a counsel fee of $125 was made. Plaintiff appeals, contending that the temporary alimony is insufficient and the counsel fee inadequate. Order, insofar as appealed from, affirmed, without costs. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

MAE COLLINS, Appellant, v. ALFRED A. LAMA, Respondent, et al., Defendants. — Order denying plaintiff's motion for summary judgment in action to foreclose a mortgage, reversed on the law, with $10 costs and disbursements, and the motion granted, with $10 costs. If, as asserted by defendant Alfred A. Lama, the consideration for the note given to plaintiff was a secret agreement in violation of the Home Owners' Loan Act of 1933 (U. S. Code, tit. 12, § 1461 *et seq*), and so void as against public policy, that was a matter of defense to be raised in the action upon that note in the Municipal Court. A payment made pursuant to a stipulated judgment therein entered cannot constitute a payment on account of the mortgage here sought to be foreclosed. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.